| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>MITCHELL B. HANNAH   138232<br>HALLIE D. HANNAH         158558<br>LAW OFFICE OF MITCHELL B. HANNAH<br>100 Pacifica, Suite 370<br>Irvine, CA 92618<br>(949) 477-9020<br>(949) 477-9080 FAX<br>mhannah@hannahlaw.com<br>hallie@hannahlaw.com | FOR COURT USE ONLY<br><br>**FILED**<br>**MAY - 8 2018**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:         Deputy Clerk |
|---|---|
| ☑ *Attorney for* P:laintiff Ryan Lake | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA                   DIVISION**

| In re:<br>BILL VIVERS AND JULIETTE VIVERS<br><br><br><br>Debtor(s). | CASE NO.: 8:17-bk-14165-MW<br><br>CHAPTER 7<br><br>ADVERSARY NO.: 8:18-ap-01017-MW |
|---|---|
| RYAN LAKE<br><br><br><br>Plaintiff(s),<br>vs.<br>BILL VIVERS, individually and dba PACIFIC CARPET CARE;<br>JULIETTE VIVERS, individually and dba PACIFIC CARPET CARE<br><br>Defendant. | **REQUEST FOR ASSIGNMENT TO MEDIATION PROGRAM**<br><br>[NOTE: A COMPLETED ORDER ASSIGNING MATTER TO MEDIATION AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR MUST BE CONCURRENTLY UPLOADED THROUGH LODGED ORDER UPLOAD (LOU) WITH THIS REQUEST]<br><br>[NO HEARING REQUIRED] |

I hereby request that the following matter be assigned to the Bankruptcy Mediation Program of this district:

<u>Description of the Matter:</u>

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    ☐ Objection to plan confirmation
    ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference

---
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011                                    Page 1                                    F 701

5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☑ Dischargeability
   Specify  grounds: 11 USCA 523 (a)

8. ☐ Other. Please specify:

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☑ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000,
   state amount: $
10. ☐ Money not at issue.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011                                  Page 2                                  F 701

**SUBMITTED JOINTLY BY:**

Date:_____

Ryan Lake
(Name of party)

_____
(Signature of party)

Date:_____

Mitchell B. Hannah
(Name of party's counsel)

_____
(Signature of party's counsel)

Date: 5-1-18

Bill Vivers / Juliette Vivers
(Name of party)

_/s/ Bill Vivers_ / _/s/ Juliette Vivers_
(Signature of party)

Date: 5/3/18

Christopher P. Walker
(Name of party's counsel)

_/s/_
(Signature of party's counsel)

**Instructions from the court:** A completed ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR must be concurrently uploaded through Lodged Order Upload (LOU) with this Request for Assignment to Mediation Program.

cc:  Hon. Barry Russell
     Mediation Program Administrator
     United States Bankruptcy Court
     255 East Temple Street, Suite 1660
     Los Angeles, CA 90012

**SUBMITTED JOINTLY BY:**

Date: 5/7/18

Ryan Lake
(Name of party)

_(Signature of party)_

Date: 5/7/18

Mitchell B. Hannah
(Name of party's counsel)

_(Signature of party's counsel)_

Date: _____

Bill Vivers / Juliette Vivers
(Name of party)

_____
(Signature of party)

Date: _____

Christopher P. Walker
(Name of party's counsel)

_____
(Signature of party's counsel)

**Instructions from the court:** A completed ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR must be concurrently uploaded through Lodged Order Upload (LOU) with this Request for Assignment to Mediation Program.

cc:  Hon. Barry Russell
     Mediation Program Administrator
     United States Bankruptcy Court
     255 East Temple Street, Suite 1660
     Los Angeles, CA  90012

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011                                    Page 3                                    F 701

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 Pacifica, Suite 370, Irvine, CA 92618

A true and correct copy of the foregoing document entitled (*specify*): Request for Assignment to Mediation Program

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/07/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/07/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
The Honorable Mark S. Wallace
United States Bankruptcy Court
Ronald Reagan Federal Bldg & U.S. Courthouse
411 W. Fourth Street, Suite 6135, Courtroom 6C, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/07/2018 | Carol Faulkner | *Carol Faulkner* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

| | |
|---|---|
| **Christopher P. Walker, Esq.**<br>Law Office of Christopher P. Walker<br>505 South Villa Real, Suite103<br>Anaheim Hills, CA 92807<br>Tele: 714-639-1990<br>Fax : 714-637-1636 | Attorney for Debtors/Defendants |
| **Karen S Naylor (TR)**<br>P.O. Box 504<br>Santa Ana, CA 92702-0504<br>(949) 262-1748 | Trustee |
| **United States Trustee (SA)**<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593<br>(714) 338-3400 | U.S. Trustee |
| **The Honorable Mark S. Wallace**<br>United States Bankruptcy Court<br>Central District of California<br>Ronald Reagan Federal Bldg & U.S. Courthouse<br>411 W. Fourth Street, Suite 6135, Courtroom 6C<br>Santa Ana, CA 92701-4593 | U.S. Bankruptcy Judge<br><br>* Courtesy copy hand delivered 05.08.18 |