| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>MITCHELL B. HANNAH    138232<br>HALLIE D. HANNAH    158558<br>LAW OFFICE OF MITCHELL B. HANNAH<br>100 Pacifica, Suite 370<br>Irvine, CA 92618<br>(949) 477-9020<br>(949) 477-9080 FAX<br>mhannah@hannahlaw.com<br>hallie@hannahlaw.com<br><br>LODGED MAY - 8 2018 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk<br><br>*Attorney for* Plaintiff Ryan Lake | FOR COURT USE ONLY<br><br>FILED MAY - 9 2018 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk<br><br>ENTERED MAY - 9 2018 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA** - SANTA ANA

| | |
|---|---|
| In re:<br>BILL VIVERS AND JULIETTE VIVERS<br><br><br><br>Debtor(s).<br><br>RYAN LAKE<br><br><br><br><br><br>Plaintiff(s),<br>vs.<br>BILL VIVERS, individually and dba PACIFIC CARPET CARE; JULIETTE VIVERS, individually and dba PACIFIC CARPET CARE<br><br>Defendant. | CASE NO.:8:17-bk-14165-MW<br>CHAPTER: 7<br>ADVERSARY NO.:8:18-ap-01017-MW<br><br>**ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This <u>adversary proceeding</u>
        (Adversary proceeding/name of dispute in main case)
is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

| Mediator: | Alternate mediator: |
|---|---|
| Howard Bidna | Richard Barnett |
| Name | Name |
| Bidna & Keys | BARNETT & RUBIN |
| Firm name | Firm name |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| 5120 Campus Drive | 5450 Trabuco Road |
| Address | Address |
| Newport Beach CA 92660 | Irvine, CA 92620 |
| City, state, zip code | City, state, zip code |
| (949) 752-7030 | (949) 261-9700 |
| Telephone | Telephone |
| (949) 752-8770 | (949) 261-9799 |
| Facsimile | Facsimile |
| hbidna@bidnakeys.com | Rick@barnettrubin.com |
| Email address | Email address |

The attorneys for the parties are:

| Attorney for Plaintiff: | Attorney for Debtors/Defendants |
|---|---|
| MICTHELL B. HANNAH | CHRISTOPHER P. WALKER |
| Name | Name |
| LAW OFFICE OF MITCHELL B. HANNAH | LAW OFFICE OF CHRISTOPHER P. WALKER |
| Firm name | Firm name |
| 100 Pacifica Suite 370 | 505 S. Villa Real Drive, Suite 103 |
| Address | Address |
| Irvine CA 92618 | Anaheim Hills, CA 92807 |
| City, state, zip code | City, state, zip code |
| (949) 477-9020 | (714) 639-1990 |
| Telephone | Telephone |
| (949) 477-9080 | (949) 637-1636 |
| Facsimile | Facsimile |
| mhannah@hannahlaw.com | cwalker@cpwalkerlaw.com |
| Email address | Email address |

**[Attach additional page(s) if necessary.]**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                       Page 2                                       F 702

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    ☐ Objection to plan confirmation
    ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☒ Dischargeability
    Specify grounds: 11 USCA 523(a)
8. ☐ Other. Please specify:_____

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☒ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000, state amount: $_____
10. ☐ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

    a. If Order is submitted to court by party(ies)

        (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

        (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                Page 3                                F 702

    b. <u>If Order is prepared by the judge:</u>

(1) The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell): _____

(2) The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

(3) The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.    <u>Other: [Attach additional page(s) if necessary.]</u> _____

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

Date: May 9, 2018

                                                                                       United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                                           Page 4                                                   F 702

F 702

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date:_____

Ryan Lake
_____
Printed name of party

_____
Signature of party

Date:_____

Bill Vivers
_____
Printed name of party's attorney

_____
(Signature of party's counsel)

Date:_____

Juliette Vivers
_____
(Name of party)

_____
(Signature of party)

Date:_____

_____
(Name of party's counsel)

_____
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                    Page 5                                    F 702

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date:_____

Ryan Lake
Printed name of party

_____
Signature of party

Date:_____

Bill Vivers
Printed name of party's attorney

_____
(Signature of party's counsel)

Date: 5-1-18

Juliette Vivers
(Name of party)

*Juliette Vivers / Bill V* (signatures)
(Signature of party)

Christopher Walker
(Name of party's counsel)

Date:_____

_____
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                   Page 5                                                F 702

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

100 Pacifica, Suite 370, Irvine, CA 92618

A true and correct copy of the foregoing document entitled (specify): [Proposed] Order Assigning Matter to Mediation Program and Appointing Mediator and Alternative Mediator

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) __05/07/2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) __05/07/2018__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
The Honorable Mark S. Wallace
United States Bankruptcy Court
Ronald Reagan Federal Bldg & U.S. Courthouse
411 W. Fourth Street, Suite 6135, Courtroom 6C, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/07/2018 | Carol Faulkner | /s/ Carol Faulkner |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

| | |
|---|---|
| **Christopher P. Walker, Esq.**<br>Law Office of Christopher P. Walker<br>505 South Villa Real, Suite103<br>Anaheim Hills, CA 92807<br>Tele: 714-639-1990<br>Fax : 714-637-1636 | Attorney for Debtors/Defendants |
| **Karen S Naylor (TR)**<br>P.O. Box 504<br>Santa Ana, CA 92702-0504<br>(949) 262-1748 | Trustee |
| **United States Trustee (SA)**<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593<br>(714) 338-3400 | U.S. Trustee |
| **The Honorable Mark S. Wallace**<br>United States Bankruptcy Court<br>Central District of California<br>Ronald Reagan Federal Bldg & U.S. Courthouse<br>411 W. Fourth Street, Suite 6135, Courtroom 6C<br>Santa Ana, CA 92701-4593 | U.S. Bankruptcy Judge<br><br>* Courtesy copy hand delivered 05.08.18 |