ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>MITCHELL B. HANNAH, CSB 138232<br>HALLIE D. HANNAH, CSB 158558<br>LAW OFFICE OF MITCHELL B. HANNAH<br>100 Pacifica, Suite 370<br>Irvine, CA 92618<br>Tele: 949-477-9020<br>Fax: 949-477-9080<br>email: mhannah@hannahlaw.com<br>email: hallie@hannahlaw.com<br><br>LODGED JUL - 5 2018 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk<br><br>*Attorney for* Plaintiff Ryan Lake | FOR COURT USE ONLY<br><br>FILED<br>JUL - 9 2018<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:        Deputy Clerk<br><br>ENTERED<br>JUL - 9 2018<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:        Deputy Clerk |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| In re:<br>BILL VIVERS and JULIETTE VIVERS<br><br><br><br>Debtor(s). | CASE NO.:8:17-bk-14165-MW<br>CHAPTER: 7<br>ADVERSARY NO.:8:18-ap-01017-MW |
|---|---|
| RYAN LAKE<br><br><br><br><br>Plaintiff(s),<br>vs.<br>BILL VIVERS, individually and dba PACIFIC CARPET CARE; JULIETTE VIVERS, individually and dba PACIFIC CARPET CARE<br><br><br>Defendant. | ~~AMENDED~~<br>**ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This  adversary proceeding
         (Adversary proceeding/name of dispute in main case)
is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

Mediator:                                          Alternate mediator:

J. Scott Williams                                  _____
Name                                               Name
The Williams Firm PLC                              _____
Firm name                                          Firm name

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                Page 1                                F 702

15615 Alton Parkway, Suite 175
Address
Irvine, CA 92618
City, state, zip code
949-660-8680
Telephone
866-284-8670
Facsimile
jwilliams@williamsbkfirm.com
Email address

Address

City, state, zip code

Telephone

Facsimile

Email address

The attorneys for the parties are:

Attorney for Plaintiff    :
Mitchell B. Hannah
Name
Law Office of Mitchell B. Hannah
Firm name
100 Pacifica, Suite 370
Address
Irvine, CA 92618
City, state, zip code
949-477-9020
Telephone
949-477-9080
Facsimile
mhannah@hannahlaw.com
Email address

Attorney for Debtors/Defendants
Christopher P. Walker
Name
Law Office of Christopher P. Walker
Firm name
505 S. Villa Real Drive, Suite 103
Address
Anaheim Hills, CA 92807
City, state, zip code
714-639-1990
Telephone
949-637--1636
Facsimile
cwalker@cpwalkerlaw.com
Email address

**[Attach additional page(s) if necessary.]**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                Page 2                                F 702

F 702

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
   ☐ Objection to plan confirmation
   ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☒ Dischargeability
   Specify grounds: 11 USCA 523(a)

8. ☐ Other. Please specify:_____

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☒ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000, state amount: $_____
10. ☐ Money not at issue.

Instructions from the Court:

1. <u>Re: filing and service of this Order:</u>

   a. If Order is submitted to court by party(ies)

      (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

      (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                   Page 3                                   F 702

b. <u>If Order is prepared by the judge:</u>

(1) The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell): _____

(2) The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

(3) The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2. <u>Other: [Attach additional page(s) if necessary.]</u> _____

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

Date: July 9, 2018

_____
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                   Page 4                                   F 702

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: _____

Ryan Lake
Printed name of party

_____
Signature of party

Date: 6/27/18

Mitchell B. Hannah
Printed name of party's attorney

_____
(Signature of party's counsel)

Date: _____

Bill Vivers
(Name of party)

_____
(Signature of party)

Date: _____

Christopher P. Walker
(Name of party's counsel)

_____
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017     Page 5     F 702

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date:_____

Ryan Lake
_____
Printed name of party

_____
Signature of party

Date:_____

Mitchell B. Hannah
_____
Printed name of party's attorney

_____
(Signature of party's counsel)

Date:_____

Bill Vivers    *Bill Vivers*
_____
(Name of party)

*Bill V[...]*
_____
(Signature of party)

Date:_____

Christopher P. Walker
_____
(Name of party's counsel)

*/s/*
_____
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017     Page 5     F 702

**[EXHIBIT -- PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: 6-27-18

Date: _____

Date: _____

Date: _____

Juliette Vivers  *Juliette Vivers*
Printed name of party

*Juliette Vivers*
Signature of party

Christopher P. Walker
Printed name of party's attorney

*/s/ signature/*
(Signature of party's counsel)

_____
(Name of party)

_____
(Signature of party)

_____
(Name of party's counsel)

_____
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017 — Page 5 — F 702

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

100 Pacifica, Suite 370, Irvine, CA 92618

A true and correct copy of the foregoing document entitled **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL** (indicate method for each person or entity served):
On (date) July 3, 2018 served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mediator: J. Scott Williams, The Williams Firm, PLC, 15615 Alton Parkway, Suite 175, Irvine, CA 92618
Alternate Mediator:
Honorable Barry Russell, Mediation Program Administrator - 255 E. Temple, Room 1660, Los Angeles, CA 90012

Christopher P. Walker, Esq. 505 South Villa Real, Suite 103, Anaheim Hills, CA 92807
Karen S. Naylor, Trustee, P.O. Box 504, Santa Ana, A 92702-0504

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

07/03/18    Carol Faulkner    /s/ Carol Faulkner
Date        Printed Name      Signature

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.